IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

L' KEITH ANTWAN IRVING                                                      PLAINTIFF

v.                      Civil No. 6:17-cv-06069

JAIL ADMINISTRATOR KEN FAIN and
SHERIFF MIKE CASH, Hot Spring County
Arkansas                                                          DEFENDANTS

## **ORDER**

Before the Court are Defendants' Motions to Withdraw Motion for Summary Judgment (ECF No. 37) and Motion for Extension of Time to file the proper Motion for Summary Judgment. (ECF No. 38). The Court finds Defendants have demonstrated good cause to withdraw their Motion for Summary Judgment and supporting documents (ECF Nos. 32-35) and for an extension of time to file another Motion for Summary Judgment. The motions are not intended for the purpose of harassment or delay, and no party will be prejudiced the withdrawal of the documents or the extension.

Accordingly, Defendants' Motion to Withdraw Motion for Summary Judgment (ECF No. 37) is **GRANTED. The Clerk is DIRECTED to withdraw ECF Nos. 32 -35.** In addition, Defendants' Motion for Extension of Time to file a Motion for Summary Judgment (ECF No. 38) is also **GRANTED.** Defendants shall have until November 2, 2018, to file a Motion for Summary Judgment.

**IT IS SO ORDERED this 24th day of October 2018.**

                                                  /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  UNITED STATES MAGISTRATE JUDGE